```
FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA.

2016 MAR 31  P 4: 16

WILLIAM W. BLEVINS
      CLERK
```



## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

### BILL OF INFORMATION FOR OBSTRUCTION OF JUSTICE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | CRIMINAL DOCKET NO: 16-050 |
| v. | * | SECTION: SECT. N MAG. 5 |
| HARRY J. MOREL, JR. | * | VIOLATION: 18 U.S.C. § 1512(d)(1) |

\* \* \*

The United States Attorney charges that:

### COUNT ONE

A.  **AT ALL TIMES MATERIAL HEREIN:**

1. Defendant, **HARRY J. MOREL, JR.**, served as the St. Charles Parish District Attorney from approximately January 1979 through about May 31, 2012.

2. From about May 31, 2012, through about January 11, 2013, **HARRY J. MOREL, JR.**, served as an Assistant District Attorney for the St. Charles Parish District Attorney's Office.

3. As District Attorney and as an Assistant District Attorney, **HARRY J. MOREL, JR.**, was responsible for prosecuting individuals charged with criminal and traffic offenses in violation of the laws of the State of Louisiana and the Parish of St. Charles.

4. As District Attorney and as an Assistant District Attorney, **HARRY J. MOREL, JR.**, had discretion to, among other things, make bail recommendations, sentencing



recommendations, and to bring, dismiss, forego, and reduce criminal charges.

5. Individual A was charged and convicted of state criminal offenses and was subject to the authority of **HARRY J. MOREL, JR.**, in his capacity as the District Attorney and as an Assistant District Attorney in St. Charles Parish.

B. **THE OFFENSE**:

6. From on or about January 1, 2012, through on or about November 29, 2012, in the Eastern District of Louisiana, the defendant, **HARRY J. MOREL, JR.**, intentionally harassed Individual A, and thereby hindered, delayed, prevented, and dissuaded Individual A, from attending and testifying in a federal grand jury proceeding investigating possible wrongdoing by **HARRY J. MOREL, JR.**, in his capacity as St. Charles Parish District Attorney and Assistant District Attorney, in that **HARRY J. MOREL, JR.**, knowing that Individual A had evidence that Federal law enforcement authorities sought from Individual A, that is, photographic evidence of meetings **HARRY J. MOREL, JR.**, and Individual A had concerning various criminal charges against Individual A and others, corruptly instructed Individual A to "get rid of" and "destroy" evidence and to deny the inappropriate nature of their meetings, all in violation of Title 18, United States Code, Section 1512(d)(1).

KENNETH ALLEN POLITE, JR.<br>
UNITED STATES ATTORNEY<br>
<br>
_____<br>
JAMES S. C. BAEHR (LA. Bar No. 35431)<br>
Assistant United States Attorney

New Orleans, Louisiana
March 31, 2016

No. _____

# United States District Court
## FOR THE
EASTERN _____ DISTRICT OF _ LOUISIANA _

UNITED STATES OF AMERICA

vs.

HARRY J. MOREL, JR.

BILL OF INFORMATION
FOR OBSTRUCTION OF JUSTICE

Violation:   18 U.S.C. § 1512(d)(1)

Filed _____, 20 _16_ , Clerk.

By _____, Deputy

*[signature]*
*Assistant United States Attorney*