PER 18 U.S.C. 3170

**DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT**

BY: ☒ INFORMATION  ☐ INDICTMENT

Matter Sealed: ☐ Juvenile  ☐ Other than Juvenile
☐ Pre-Indictment Plea  ☐ Superseding Indictment  ☐ Defendant Added  ☐ Charges/Counts Added
☒ Information

Name of District Court, and/or Judge/Magistrate Location (City)
UNITED STATES DISTRICT COURT
DISTRICT OF LOUISIANA — EASTERN Divisional Office

Name and Office of Person Furnishing Information on THIS FORM: Sandra Riggs
☒ U.S. Atty  ☐ Other U.S. Agency
Phone No. (504) 680-3000

Name of Asst. U.S. Attorney (if assigned): James S. C. Baehr

**PROCEEDING**

Name of Complainant Agency, or Person (& Title, if any): SA Michael S. Zummer

☐ person is awaiting trial in another Federal or State Court (give name of court)

☐ this person/proceeding transferred from another district per (circle one) FRCrP 20, 21 or 40. Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:
☐ U.S. Atty  ☐ Defense

SHOW DOCKET NO.

☐ this prosecution relates to a pending case involving this same defendant. (Notice of Related Case must still be filed with the Clerk.)

☐ prior proceedings or appearance(s) before U.S. Magistrate Judge regarding this defendant were recorded under

MAG. JUDGE CASE NO.

Place of offense: St. Charles Parish  County: St. Charles

CASE NO. 16-050
SECT. N MAG. 5

USA vs.
Defendant: Harry J. Morel, Jr.

Address:

☐ Interpreter Required  Dialect: _____

Birth Date: 1943
☒ Male  ☐ Female
☐ Alien (if applicable)

Social Security Number: xxx-xx-2949

**DEFENDANT**

Issue: ☐ Warrant  ☒ Summons

Location Status:
Arrest Date _____ or Date Transferred to Federal Custody _____
☐ Currently in Federal Custody
☐ Currently in State Custody
  ☐ Writ Required
☐ Currently on bond
☐ Fugitive

Defense Counsel (if any): Ralph Capitelli, Esq.
☐ FPD  ☐ CJA  ☒ RET'D
☐ Appointed on Target Letter

☐ This report amends AO 257 previously submitted

**OFFENSE CHARGED - U.S.C. CITATION - STATUTORY MAXIMUM PENALTIES - ADDITIONAL INFORMATION OR COMMENTS**

Total # of Counts: 1

| Set | Title & Section/Offense Level (Petty = 1 / Misdemeanor = 3 / Felony = 4) | Description of Offense Charged | Count(s) |
|---|---|---|---|
| 4 | 18 U.S.C. § 1512(d)(1) | Federal Violation of Obstruction of Justice | 1 |