UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL NO. 16-050 |
| VERSUS | SECTION "N" 5 |
| HARRY J. MOREL, JR. | VIOLATION: 18 U.S.C. § 1512(d)(1) |

NOTICE OF RE-ARRAIGNMENT

Take Notice that this criminal case set for RE-ARRAIGNMENT on April 13, 2016, has been been **CONTINUED AND RESET for APRIL 20, 2016 at 9:00 a.m.**, before Judge Kurt D. Engelhardt, Federal Courthouse Building, Courtroom C-351, 500 Poydras Street, New Orleans, LA 70130.

**PLEASE ARRIVE BY 8:45 A.M. TO COMPLETE ANY PAPERWORK. THE COURT WILL COMMENCE PROMPTLY AT 9:00 A.M.**

**\*\*IMPORTANT NOTE:  PHOTO I.D. IS REQUIRED TO ENTER THE BUILDING\*\***

**PERSONS ON BOND MUST REPORT TO THE DEPUTY U.S. MARSHAL IMMEDIATELY OUTSIDE THE AFORESAID COURTROOM FOR EVALUATION AND SEARCH 15 MINUTES PRIOR TO APPEARANCE.**

**NOTICE TO DEFENDANTS AND COUNSEL:** After the defendant has entered a guilty plea, the U.S. Probation Office shall complete and provide to the Court a Presentence Investigation and Report (PSI). Any defendant on bond and his or her attorney shall report to the U.S. Probation Office immediately following the conclusion of the rearraignment proceeding for an initial interview and to schedule any subsequent interviews. If a defendant on bond and his or her defense counsel are unable to report to the U.S. Probation Office immediately following the defendant's change of plea, defense counsel must make alternate arrangements with the U.S. Probation Officer prior to leaving the courthouse following the rearraignment proceeding.

| | |
|---|---|
| Date:  April 6, 2016 | WILLIAM W. BLEVINS, CLERK |
| TO: | Issued by K. County<br>         Deputy Clerk |
| HARRY J. MOREL, JR.<br>Attorney for Morel:<br>RALPH CAPITELLI<br>BRIAN CAPITELLI | AUSA: James S.C. Baehr<br><br>U.S. Marshal<br>U.S. Probation Officer<br>U.S. Pretrial Services |
| S/A Michael S. Zummer, FBI | **JUDGE** |
| **If you change address,<br>notify clerk of court<br>by phone,**  (504) 589-7683 | COURT REPORTER COORDINATOR<br>INTERPRETER: None |