AO 455 (Rev. 01/09) Waiver of an Indictment

# UNITED STATES DISTRICT COURT
for the
Eastern District of Louisiana

| | |
|---|---|
| United States of America ) | |
| v. ) | Case No. 16-050 "N" |
| Harry J. Morel, Jr. ) | |
| ) | |
| _Defendant_ ) | |

## WAIVER OF AN INDICTMENT

I understand that I have been accused of one or more offenses punishable by imprisonment for more than one year. I was advised in open court of my rights and the nature of the proposed charges against me.

After receiving this advice, I waive my right to prosecution by indictment and consent to prosecution by information.

Date: 04/11/2016

_Defendant's signature_

_Signature of defendant's attorney_

**Brian Capitelli**
_Printed name of defendant's attorney_

_Judge's signature_

Honorable Sally Shushan, U.S. Magistrate Judge
_Judge's printed name and title_