UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL NO. 16-050 |
| VERSUS | SECTION "N" 5 |
| HARRY J. MOREL, JR. | VIOLATION: 18 U.S.C. § 1512(d)(1) |

NOTICE OF TRIAL

Take Notice that this criminal case has been set for TRIAL on **JUNE 6, 2016**, **at 8:30 a.m.**, before Judge Kurt D. Engelhardt, Federal Courthouse Building, Courtroom C-351, 500 Poydras Street, New Orleans, LA 70130. Pre-trial conference is set for May 26, 2016, at 9:00 a.m. in chambers.

**IMPORTANT NOTE: PHOTO I.D. IS REQUIRED TO ENTER THE BUILDING**

**PERSONS ON BOND MUST REPORT TO THE DEPUTY U.S. MARSHAL IMMEDIATELY OUTSIDE THE AFORESAID COURTROOM FOR EVALUATION AND SEARCH 15 MINUTES PRIOR TO APPEARANCE.**

| | |
|---|---|
| Date: April 14, 2016 | WILLIAM W. BLEVINS, CLERK |
| TO: | Issued by K. County<br>Deputy Clerk |
| HARRY J. MOREL, JR.<br>Attorney for Morel:<br>BRIAN CAPITELLI<br>brian@capitelliandwicker.com<br>RALPH CAPITELLI<br>rc@capitelliandwicker.com | AUSA: James S.C. Baehr<br><br>U.S. Marshal<br>U.S. Probation Officer<br>U.S. Pretrial Services<br><br>**JUDGE**<br><br>COURT REPORTER COORDINATOR<br>INTERPRETER: no |
| **If you change address,<br>notify clerk of court<br>by phone,** (504) 589-7683 | S/A Michael S. Zummer, FBI |