UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL NO. 16-050 |
| VERSUS | SECTION "N" 5 |
| HARRY J. MOREL, JR. | VIOLATION: 18 U.S.C. § 1512(d)(1) |

AMENDED NOTICE OF SENTENCING

Take Notice that this criminal case has been set for SENTENCING on **AUGUST 17, 2016**, **at 9:00 a.m.**, before Judge Kurt D. Engelhardt, Federal Courthouse Building, Courtroom C-351, 500 Poydras Street, New Orleans, LA 70130.

**Any objections to the presentence investigation report not submitted to the Court, the probation officer, and the opposing party in accordance with the deadlines set forth in Rule 32(f) of the Rules of Criminal Procedure may result in a continuance of the sentencing hearing.**

**The Court hereby further orders that any request for the imposition of a non-guideline sentence comply with the deadlines established in LCrR 32.1E regarding the submission of motions or letters requesting departures from the Sentencing Guidelines.**

**\*\*IMPORTANT NOTE:  PHOTO I.D. IS REQUIRED TO ENTER THE BUILDING\*\***

**PERSONS ON BOND MUST REPORT TO THE DEPUTY U.S. MARSHAL IMMEDIATELY OUTSIDE THE AFORESAID COURTROOM FOR EVALUATION AND SEARCH 15 MINUTES PRIOR TO APPEARANCE.**

| | |
|---|---|
| Date:  August 11, 2016 | WILLIAM W. BLEVINS, CLERK |
| | |
| TO: | Issued by K. County |
| | Deputy Clerk |
| | |
| HARRY J. MOREL, JR. | AUSA: James S.C. Baehr |
| Attorney for Morel: | |
| BRIAN CAPITELLI | U.S. Marshal |
| brian@capitelliandwicker.com | U.S. Probation Officer |
| RALPH CAPITELLI | U.S. Pretrial Services |
| rc@capitelliandwicker.com | |
| | **JUDGE** |
| | |
| **If you change address,** | COURT REPORTER COORDINATOR |
| **notify clerk of court** | INTERPRETER: no |
| **by phone,**  (504) 589-7683 | |
| | S/A Michael S. Zummer, FBI |