UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL DOCKET |
| VERSUS | NO. 16-50 |
| HARRY J. MOREL, JR. | SEC. "N" |

### ORDER

CONSIDERING THE FOREGOING it is hereby ordered that the Judgment in a Criminal Case (Dec. 38) is amended to add the Court's recommendation to the Bureau of Prisons that the defendant be designated to serve his sentence at the Federal Prison Camp (FPC) in Oakdale Louisiana.

NEW ORLEANS, LOUISIANA, this 12th day of September, 2016.

_____
HONORABLE KURT D. ENGELHARDT
UNITED STATES DISTRICT JUDGE